**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN HERNANDEZ, et al., | No. C 05-02135 CRB |
| Plaintiffs, | **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| MARK YERKEY, | |
| Defendant. | |

Now pending before the Court is plaintiffs' motion for a default judgment. Plaintiffs noticed the motion for hearing on the same day it was filed, and, according to the electronic docket entry, noticed the motion for hearing in San Jose, California although this Court sits in San Francisco. Nonetheless, as plaintiffs were not required to give notice to defendant of the motion, see Fed.R.Civ.P. 55(b)(2), the Court may decide plaintiffs' motion.

Plaintiffs sue defendant for breach of contract and conversion arising from defendant having absconded with sports memorabilia he was required, by contract, to sell on plaintiffs' behalf. Defendant has not answered the complaint and has not otherwise communicated with the Court and his default was entered on October 4, 2005. For purposes of a default judgment, the Court accepts as true the facts relating to liability in plaintiffs' pleadings. See TeleVideo Systems, Inc. v. Heindenthal, 826 F.2d 915, 917 (9th Cir. 1987).

Having established liability, plaintiffs are entitled to the fair market value of their

converted property.  See Moreno v. Greenwood Auto Center, 91 Cal.App.4th 201, 209 (2001).  Plaintiffs' affidavits establish that as to plaintiff Cavalier the fair market value of the personal property converted is $73,500 and as to plaintiff Hernandez is $66,500.00.

Plaintiffs also seek $7500.00 in attorney's fees pursuant to their written agreements with defendant.  Their counsel, however, merely attests that he "has expended and expects to expend" $7500.00.  Such evidence is insufficient to support an award of attorney's fees.  Counsel must review his billing records and file a declaration stating that he has reviewed those records and the amount billed.  If plaintiffs choose to file such a declaration, the Court will issue an amended judgment that includes an attorney's fee amount.  Such declaration must be filed within 10 days of the date of this Order.

## CONCLUSION

Plaintiffs' motion for a default judgment is GRANTED.  The Court will issue a judgment in the amount of $140,000.  This amount consists of judgment in favor of plaintiff Hernandez in the amount of $66,500 and judgment in favor of plaintiff Cavalier in the amount of $73,500.

**IT IS SO ORDERED.**

Dated: May 13, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE